**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OTIS WORLDWIDE CORPORATION AND OTIS ELEVATOR COMPANY,<br><br>Defendants | Civil Action No. 1:23-CV-10612-MIJ |

**DEFENDANTS' TABLE OF EXHIBITS TO
MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| A. | 2020 The Otis Absolutes, Exhibit 2 to the Deposition of Ryan Keane |
| B. | 2021.02.08 Voluntary Self-Identification of Disability Form, Exhibit 1 to the Deposition of Cameron Bateman |
| C. | 2021.02.17 ADA Accommodation Request Form, Exhibit 4 to the Deposition of Jeanie Demshar |
| D. | 2021.03.09 Email between Cameron Bateman and MyHR Re: HRC1019793 – Bateman, Cameron – Union Hourly – ADA* paperwork , Exhibit 2 to the Deposition of Cameron Bateman |
| E. | 2021.03.16 Email between Cameron Bateman and MyHR Re: HR Case HRC1019793 – Bateman, Cameron – FMLA (Self) Leave – Union Hourly (ADA) has been updated, Exhibit 3 to the Deposition of Cameron Bateman |
| F. | 2021.03.30 ADA Accommodations Request From completed by Stephanie Craig, Ph.D., Exhibit 6 to the Deposition of Cameron Bateman |
| G. | 2021.03.31 Emails between Cameron Bateman and Stephanie Craig, Ph.D, Exhibit 5 to the Deposition of Cameron Bateman |
| H. | 2021.04.06 Email between Cameron Bateman and MyHR Re: HRC1019793 – Bateman, Cameron – FMLA (Self) Leave – Union Hourly (ADA), Exhibit 9 to the Deposition of Cameron Bateman |
| I. | 2021.04.07 Email between Cameron Bateman and MyHR Re: HRC1019793 – Bateman, Cameron – FMLA (Self) Leave – Union Hourly (ADA) with attachment ADA Accommodation Request, Exhibit 7 to the Deposition of Cameron Bateman |

| Exhibit | Description |
|---|---|
| J. | 2021.04.12 Email from Jeanie Demshar to MyHR and David Martin re HRC1019793 – Bateman, Cameron – FMLA (Self) Leave – Union Hourly (ADA), Exhibit 5 to the Deposition of Jeanie Demshar |
| K. | 2021.04.21 Email from Jeanie Demshar to MyHR and David Martin re HRC1019793 – Bateman, Cameron – FMLA (Self) Leave – Union Hourly (ADA), Exhibit 6 to the Deposition of Jeanie Demshar |
| L. | 2021.04.23 Email from Suzanne Tart to Valerie Fox and Jeanie Demshar RE: ADA Accommodations – Autism and ADHD, Exhibit 7 to the Deposition of Jeanie Demshar |
| M. | 2021.05.09 Text Message from Cameron Bateman to Jim Nelson, Exhibit 10 to the Deposition of Cameron Bateman |
| N. | 2021.05.10 Email from Jeanie Demshar to MyHr and David Martin Re HRC1019793 – Bateman, Cameron – FMLA (Self) Leave – Union Hourly (ADA), Exhibit 9 to the Deposition of Jeanie Demshar |
| O. | 2021.05.11 Employer's First Report of Injury or Fatality, Exhibit 7 to the Deposition of Lyssette Ciardiello |
| P. | 2021.05.19, 4:50 PM Emails between John Longphre and Jeanie Demshar Re: Cameron Bateman – ADA Accommodations, Exhibit 6 to the Deposition of John Longphre |
| Q. | 2021.05.19, 8:41 PM Email from John Longphre to Jeanie Demshar Re: Cameron Bateman – ADA Accommodations, Exhibit 8 to the Deposition of Jeanie Demshar |
| R. | 2021.05.19, 8:50 PM Email from John Longphre to Jeanie Demshar RE Re: Cameron Bateman – ADA Accommodations, Exhibit 11 to the Deposition of Jeanie Demshar |
| S. | 2021.05.19, 10:14 PM Email Re Cameron Bateman – 5/19/21 – t/c w/ Jack Owens / t/c w/ Lyssette, Exhibit 12 to the Deposition of Jeanie Demshar and Exhibit 8 to the Deposition of Lyssette Ciardiello |
| T. | 2021.05.20 and 07.26 Text Messages between Cameron Bateman and Jim Nelson, Exhibit 12 to the Deposition of Cameron Bateman |
| U. | 2021.05.27 Beth Israel Deaconess Medical Center Return to Work Form (6/1/21) completed by Christopher Miller, M.D., Exhibit 14 to the Deposition of Cameron Bateman |
| V. | 2021.05.28 Beth Israel Deaconess Medical Center Letter from Alyssa Lauren Spinale, NP regarding Return to Work Date (6/21/21), Exhibit 15 to the Deposition of Cameron Bateman |
| W. | 2021.06.09 Email Re Notes from 5/20/21 call re: Cameron Bateman, Exhibit 13 to the Deposition of Jeanie Demshar |

326889167v.2

| Exhibit | Description |
|---|---|
| X. | 2021.07.08 Email from Cameron Bateman to James Nelson Fwd: work letter with attachment 7/8/2021 Beth Israel Deaconess Medical Center Letter from Brianna Whitehouse, PA regarding return to work, Exhibit 16 to the Deposition of Cameron Bateman |
| Y. | 2021.07.19 Email between Cameron Bateman and Pat Sampson Re: Out of work list, Exhibit 17 to the Deposition of Cameron Bateman |
| Z. | 2021.07.23 Email from Cameron Bateman to Jack Nelson Re Employment, Exhibit 19 to the Deposition of Cameron Bateman |
| AA. | 2021.07.26 Beth Israel Deaconess Healthcare Letter from Cecilia Mullen, NP regarding remaining on light duty, Exhibit 20 to the Deposition of Cameron Bateman |
| BB. | 2021.07.28 Email from Jeanie Demshar to Lyssette Ciardiello, Jack Owens FW: Cameron Return to Work Notice from Doctor, Exhibit 17 to the Deposition of Jeanie Demshar |
| CC. | 2021.08.02 Email from Jeanie Demshar to Jack Owens Re Cameron Return to Work Notice from Doctor, Exhibit 19 to the Deposition of Jeanie Demshar |
| DD. | 2021.08.03 Email between Jeanie Demshar and Cameron Bateman Re Return to Work Forms with attachments, Exhibit 21 to the Deposition of Cameron Bateman |
| EE. | 2021.08.06 Email from Cameron Bateman to Jeanie Demshar Fwd: paperwork with attachment Otis Return to Work Physician or Health Care Provider Approval completed by Brianna Whitehouse, PA, Exhibit 22 to the Deposition of Cameron Bateman |
| FF. | 2021.08.06 Email from Cameron Bateman to Jeanie Demshar Re: Return to Work Forms, Exhibit 21 to the Deposition of Jeanie Demshar |
| GG. | 2021.08.16 Emails between Cameron Bateman to Jeanie Demshar re: Return to Work Forms with attachments HIPAA Authorizations for Brianna Whitehouse, PA and Cecilia Muller, NP, Exhibit 23 to the Deposition of Cameron Bateman |
| HH. | 2021.09.01 Email from Jack Owens to Jeanie Demshar Re Cameron Bateman, Exhibit 37 to the Deposition of Jeanie Demshar |
| II. | 2021.09.13 Email from Jeanie Demshar to John Longphre RE PLEASE REOPEN CASE Otis Consult – Cameron Bateman, Exhibit 36 to the Deposition of Jeanie Demshar |
| JJ. | 2021.09.15 Email from Cameron Bateman to Jeanie Demshar re: Return to Work Forms, Exhibit 24 to the Deposition of Cameron Bateman |
| KK. | 2021.09.23 Text Messages between Jeanie Demshar and Cameron Bateman, Exhibit 32 to the Deposition of Jeanie Demshar |
| LL. | 2021.10.08 Email from Jeanie Demshar to John Longphre Re: Cameron Bateman, Exhibit 13 to the Deposition of John Longphre |

326889167v.2

| Exhibit | Description |
|---|---|
| MM. | 2021.10.11 Email from Jeanie Demshar to John Longphre Re Otis / Cameron Bateman, Exhibit 44 to the Deposition of Jeanie Demshar |
| NN. | 2021.10.11 Email Jeanie Demshar FW: NOTES – Cameron Bateman's ADA request – 10_5_21 Interactive Discussion w_ Cameron, Exhibit 45 to the Deposition of Jeanie Demshar |
| OO. | 2021.10.20 Emails between Pat Sampson and Shelia Foley Re: Cam Bateman, Exhibit 28 to the Deposition of Cameron Bateman |
| PP. | 2021.10.21 MCAD Charge of Discrimination, Exhibit 31 to the Deposition of Cameron Bateman |
| QQ. | 2021.11.04 Email from Jeanie Demshar to Cameron Bateman Re: Confirmation of Resignation, Exhibit 29 to the Deposition of Cameron Bateman |
| RR. | 2021.11.05 Email from Jeanie Demshar to Cameron Bateman re Disposition of Oral Step of Grievance, Exhibit 30 to the Deposition of Cameron Bateman |
| SS. | 2025.07.02 Deposition of Lyssette Ciardiello |
| TT. | 2025.07.08 Deposition of John Longphre |
| UU. | 2025.08.05 30(b)(6) Deposition of Jeanie Demshar |
| VV. | 2025.08.12 Deposition of Jeanie Demshar in her Individual Capacity |
| WW. | 2025.08.26 Deposition of Jack Owens |
| XX. | 2025.09.09 Deposition of David Martin |
| YY. | 2025.09.17 30(b)(6) Deposition of Paul Devries |
| ZZ. | 2025.09.26 Deposition of Cameron Bateman |
| AAA. | 2025.12.17 Deposition of Ryan Keane |
| BBB. | 2025.12.19 Deposition of James Nelson, Day 2 |
| CCC. | 2026.06.30 Declaration of Jeanie Demshar |

326889167v.2